UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Felix Joshua White
_____

_____

                        Plaintiff,

[Insert full name of plaintiff/prisoner]

ORIGINAL

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAR 25 2021 ★
LONG ISLAND OFFICE

**CIVIL RIGHTS COMPLAINT**
42 U.S.C. § 1983

**CV 21 1631**

JURY DEMAND

YES _____   NO _____

**KOMITEE, J.**

TISCIONE, M.J.

RECEIVED
MAR 25 2021
PRO SE OFFICE

         -against-

The owners of 100 Terrace
Ave Apartment Buildings
Security and manager/owner
_____

_____

                      Defendant(s).

[Insert full name(s) of defendant(s). If you need additional space, please write "see attached" and insert a separate page with the full names of the additional defendants. The names listed above must be identical to those listed in Part I]

I.   **Parties**: (In item A below, place your name in the first blank and provide your present address and telephone number. Do the same for additional plaintiffs, if any.)

   A.   Name of plaintiff  Felix Joshua White

   If you are incarcerated, provide the name of the facility and address:

   Nassau County Correctional Center
   100 Carman Ave, East Meadow N.Y. 11554

   Prisoner ID Number:  2020 001123

1

If you are not incarcerated, provide your current address:

_____

_____

_____

Telephone Number: _____

**B. List all defendants.** You must provide the full names of each defendant and the addresses at which each defendant may be served. The defendants listed here must match the defendants named in the caption on page 1.

Defendant No. 1

Owner of 100 Terrace Ave Apartment Build
Full Name

Owner/Manager/Security
Job Title

100 Terrace Ave Hempstead
NY 11550.
Address

Defendant No. 2

_____
Full Name

_____
Job Title

_____

_____
Address

Defendant No. 3

_____
Full Name

_____
Job Title

_____

|                  |            |
|------------------|------------|
|                  | Address    |
| Defendant No. 4  | Full Name  |
|                  | Job Title  |
|                  | Address    |
| Defendant No. 5  | Full Name  |
|                  | Job Title  |
|                  | Address    |

II.  **Statement of Claim:**

(State briefly and concisely, the <u>facts</u> of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred. Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights. You need <u>not</u> give any legal arguments or cite to cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. You may use additional 8 ½ by 11 sheets of paper as necessary.)

Where did the events giving rise to your claim(s) occur? The Second floor of 100 Terrace Ave Apartment building in the vicinity of the middle Section Elevator.

When did the events happen? (include approximate time and date) At 100 Terrace Ave on December 18, 2018 At about 9:35pm

3

Facts: (what happened?) I was on my way to my friends Darrell Sergent's Apartment located at 101 Terrace Ave Apt #232 in the middle section. I was going to pick up $30 for gas and food, due to the fact that I was staying in my vehicle at the time. At which time I entered 101 Terrace from the Jackson Ave Entrance with a Unknown person. As I was approaching the middle section on the main level I passed a security office on my left side at which time I turned Right towards the elevator. I was approached by two assailants one entered the elevator the other went up the stairs. Once I Reached the second floor the first assailant exited the elevator with me while the 2nd assailant entered the 2nd floor from the stairwell. As I proceeded to Darrell's Apartment I was attacked and slashed numerous times, while on security cameras facing the middle section 2nd floor elevator. Security did nothing to help me during or after the attack.

II.A.  Injuries.   If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required. Was medical treatment received?

I was slashed on my head on the (R) side I was also slashed on my (R) Cheek and down the center of my nose. I was treated for lacerations to my face and nose. At Winthrop Medical Center I was also told that I would require plastic surgery.

4

**III.   Relief:** State what relief you are seeking if you prevail on your complaint.

I have unpaid medical bills as a result of the attack. I am also gonna need plastic surgery due to the attack. Pain and Suffering, Counseling because of the distress I am having as a result to the cuts on my face that I look at everyday.

I declare under penalty of perjury that on  3-17-21  , I delivered this
                                            (date)
complaint to prison authorities at  Nassau County Correctional Cent.  to be mailed to the United
                                    (name of prison)
States District Court for the Eastern District of New York.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  3-17-21

_____
Signature of Plaintiff

_____
Name of Prison Facility or Address if not incarcerated

_____

_____

_____
Address

2020001123
Prisoner ID#

rev. 12/1/2015

5

Felix J White
2020001123
100 Carmen ave
Eastmeadow NY 11554

United States District court
Eastern District of NEW YORK
225 Cadman Plaza East, Brooklyn NY 11201
Att: pro Se office

First Class Mail

US POSTAGE >>> PITNEY BOWES
ZIP 11554 $ 001.60⁰
02 4W
0000377001 MAR 17 2021