UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
FELIX JOSHUA WHITE,

           Plaintiff,

-against-

THE OWNERS OF 100 TERRACE AVE
APARTMENT BUILDINGS, SECURITY
AND MANAGER/SUPER,

           Defendants.
------------------------------------------------------------ X

JUDGMENT
21-CV-1631(EK)(JMW)

An Order of Honorable Eric Komitee, United States District Judge, having been filed on May 18, 2021, dismissing the complaint for failure to state a claim; granting Plaintiff thirty days to file an amended complaint; and an Order having been filed on September 23, 2021, directing the Clerk of Court to enter judgment; certifying pursuant to 28 U.S.C. § 1915(a)(3) that any appeal would not be taken in good faith; and denying *in forma pauperis* status for purposes of an appeal, *Coppedge v. United States,* 369 U.S. 438, 444-45 (1962); it is

ORDERED and ADJUDGED that the complaint is dismissed; that pursuant to 28 U.S.C. § 1915(a)(3), any appeal would not be taken in good faith; and that *in forma pauperis* status is denied for purposes of an appeal. *Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

Dated: Brooklyn, NY
      September 24, 2021

Douglas C. Palmer
Clerk of Court

By: */s/Jalitza Poveda*
      Deputy Clerk